UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22cr1972-JO |
| Plaintiff, | [~~PROPOSED~~] AMENDED ORDER OF CRIMINAL FORFEITURE |
| v. | |
| SHANE THOMAS GLAZER, | |
| Defendant. | |

On June 5, 2023, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of SHANE THOMAS GLAZER, ("Defendant") in the following specific properties pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d) and Title 28, United States Code, 2461(c):

      a. $3,620.00 U.S. Currency;

      b. $1,567.00 U.S. Currency;

      c. One (1) black 9mm handgun bearing no serial number;

      d. One (1) Colt .38 Special Revolver bearing serial number 342203;

      e. Approximately forty-two (42) rounds of 9mm ammunition;

      f. Approximately one (1) round of .38 caliber ammunition; and

For thirty (30) consecutive days ending on August 24, 2024, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order

1 and the United States' intent to dispose of the specific properties in such manner as
2 the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of
3 the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture
4 Actions, and further notifying all third parties of their right to petition the Court
5 within thirty (30) days of the final publication for a hearing to adjudicate the validity
6 of their alleged legal interest in the specific properties.

7 There were no potential third parties known to the United States to have
8 alleged an interest in the forfeited specific properties. Therefore, no one was
9 provided with direct notice of the forfeiture.

10 Thirty (30) days have passed following the final date of notice by publication
11 and no third party has made a claim to or declared any interest in the forfeited
12 specific properties described above.

13 Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED
14 that, as a result of the failure of any third party to come forward or file a petition for
15 relief from forfeiture as provided by law, all right, title, and interest of SHANE
16 THOMAS GLAZER and any and all third parties in the following specific properties
17 are hereby condemned, forfeited and vested in the United States of America:

18     a. $3,620.00 U.S. Currency;
19     b. $1,567.00 U.S. Currency;
20     c. One (1) black 9mm handgun bearing no serial number;
21     d. One (1) Colt .38 Special Revolver bearing serial number 342203;
22     e. Approximately forty-two (42) rounds of 9mm ammunition;
23     f. Approximately one (1) round of .38 caliber ammunition; and

24 IT IS FURTHER ORDERED that the Bureau of Alcohol, Tobacco, Firearms,
25 and Explosives shall dispose of the forfeited specific properties according to law.
26 //
27 //
28 //

IT IS FURTHER ORDERED that the United States Marshals Service shall dispose of the forfeited property according to law and shall deposit the currency thereof into the Asset Forfeiture Fund.

DATED: 11/27/23

Hon. Jinsook Ohta
United States District Judge